

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2020

No. 04-20-00485-CR

Regino **QUIÑONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13882
Honorable Jefferson Moore, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on November 25, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2020.

_____
Michael A. Cruz, Clerk of Court